In the Matter of the Application of JOHN T. MULLANE, Petitioner, for a Mandamus Order against JOHN McKENZIE, Commissioner of Docks of the City of New York, and Others, Defendants.

Supreme Court, New York County, October 11, 1934.

*John B. Doyle* [*Charles H. Kelby* of counsel], for the petitioner.

*Paul Windels, Corporation Counsel* [*Thomas W. A. Crowe, Assistant Corporation Counsel*, of counsel], for The City of New York, opposed.

FRANKENTHALER, J. It appears without contradiction that Carroll was separated from the competitive civil service for a period of almost four years. Under these circumstances his date of original appointment in the service must be deemed to be November 8, 1929. (*Matter of O'Dea* v. *Delaney*, 241 App. Div. 844; *Matter of Weiher* v. *Greene*, 239 id. 652.) (See, also, *Koso* v. *Greene*, 260 N. Y. 491.) The petitioner Mullane was accordingly entitled to be retained in the service in preference to Carroll. This motion for a peremptory order of mandamus is granted. Settle order.